# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CASIMERO CASILLAS, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF FRESNO, et al., <br><br> Defendants. | Case No. 1:16-cv-01042 AWI SAB <br><br> ORDER AMENDING SCHEDULING ORDER PURSUANT TO STIPULATION OF THE PARTIES <br><br> (ECF No. 19) |

Pursuant to the stipulation of the parties, IT IS ORDERED that:

1. The deadline for filing dispositive motions is continued to August 31, 2018; and
2. Hearing on the motion shall be set pursuant to the Local Rules of the Eastern District of California.

IT IS SO ORDERED.

Dated: __August 16, 2018__

UNITED STATES MAGISTRATE JUDGE

1