# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CASIMERO CASILLAS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, et al.,<br><br>Defendants. | Case No. 1:16-cv-01042-AWI-SAB<br><br>ORDER REQUIRING PLAINTIFFS TO FILE EVIDENCE OF APPOINTMENTS OF GUARDIANS AD LITEM OR OTHERWISE COMPLY WITH LOCAL RULE 202(a)<br><br>DEADLINE: JANUARY 18, 2019 |

On July 19, 2016, Plaintiffs filed the instant action for damages relating to a shooting death of Casimero Casillas by an officer of the Fresno Police Department. (ECF No. 1.) As indicated on the first amended complaint filed September 16, 2016 (ECF No. 5), and in declarations filed January 11, 2019 (ECF Nos. 28, 29, 30, 31, 32), the minor Plaintiffs that are parties to the instant action are represented by two different guardians ad litem. These filings identify Plaintiff Cheryl Casillas as the court-appointed guardian ad litem for Plaintiff Alani Casillas, and identify Beatriz Catano as the court-appointed guardian ad litem for Plaintiffs Abel Casillas, Angel Casillas, Calvin Casillas, and Soleman Casillas. Upon review of the record in this matter, the Court finds no evidence reflecting such appointments by this Court or by any other court.

Under Rule 202 of the Local Rules of the Eastern District of California, "[u]pon commencement of an action . . . by or on behalf of a minor . . . the attorney representing the minor . . . shall present (1) appropriate evidence of the appointment of a representative for the

minor . . . under state law or (2) a motion for the appointment of a guardian ad litem by the Court, or (3) a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation of the minor." L.R. 202(a). As of this date, Plaintiffs have not filed appropriate evidence reflecting the appointment of such representatives, nor have they otherwise complied with the Local Rule.

Accordingly, Plaintiffs Alani Casillas, Abel Casillas, Angel Casillas, Calvin Casillas, and Soleman Casillas, are HEREBY ORDERED, on or before January 18, 2019, to either: 1) file appropriate evidence reflecting the appointment of guardians ad litem; or 2) file a motion for the appointment of guardians ad litem; or 3) make a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation of the minors.

IT IS SO ORDERED.

Dated: **January 14, 2019**

_____
UNITED STATES MAGISTRATE JUDGE

2