# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CASIMERO CASILLAS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, et al.,<br><br>Defendants. | Case No. 1:16-cv-01042-AWI-SAB<br><br>ORDER GRANTING APPLICATIONS FOR APPOINTMENT OF GUARDIAN AD LITEM FOR MINOR PLAINTIFFS ABEL CASILLAS, ANGEL CASILLAS, CALVIN CASILLAS, AND SOLEMAN CASILLAS<br><br>(ECF Nos. 37, 38, 39, 40) |

On July 19, 2016, Plaintiffs filed the instant action for damages relating to a shooting death of Casimero Casillas by an officer of the Fresno Police Department. (ECF No. 1.) In the first amended complaint filed September 16, 2016 (ECF No. 5), and in declarations filed on January 11, 2019 (ECF Nos. 29, 30, 31, 32), it was represented to the Court that Beatriz Catano is the court-appointed guardian ad litem for minor Plaintiffs Abel Casillas, Angel Casillas, Calvin Casillas, and Soleman Casillas. On January 14, 2019, the Court issued an order requiring Plaintiffs Abel Casillas, Angel Casillas, Calvin Casillas, and Soleman Casillas to file evidence of such court appointments, or file motions for the appointment of a guardian ad litem, as required by Local Rule 202. (ECF No. 36.)

On January 15, 2019, Plaintiffs Abel Casillas, Angel Casillas, Calvin Casillas, and Soleman Casillas filed applications for the appointment of Beatriz Catano as the guardian ad litem for each of these Plaintiffs. (ECF Nos. 37, 38, 39, 40.) The Court notes the filing of the instant applications signifies that Beatriz Catano was not in fact the court-appointed guardian ad

litem for these Plaintiffs as represented to the Court in the previous filings. (ECF Nos. 1, 5.) The Court admonishes Plaintiffs' counsel for making inaccurate representations the Court, and advises counsel to comply with the Local Rules of this district.

Pursuant to Federal Rule of Civil Procedure 17, a representative of a minor may sue or defend on the minor's behalf. Fed. R. Civ. P. 17(c). This requires the Court to take whatever measures it deems appropriate to protect the interests of the individual during the litigation. United States v. 30.64 Acres of Land, More or Less, Situated in Klickitat Cty., State of Wash., 795 F.2d 796, 805 (9th Cir. 1986). The appointment of the guardian ad litem is more than a mere formality. Id. "A guardian ad litem is authorized to act on behalf of his ward and may make all appropriate decisions in the course of specific litigation." Id. "A guardian ad litem need not possess any special qualifications," but must "be truly dedicated to the best interests of the person on whose behalf he seeks to litigate." AT&T Mobility, LLC v. Yeager, 143 F.Supp.3d 1042, 1053-54 (E.D. Cal. 2015) (citations omitted). The guardian ad litem cannot face an impermissible conflict of interest with the ward and courts consider the candidate's "experience, objectivity, and expertise," along with the previous relationship with the ward. 143 F.Supp.3d at 1054 (citations omitted).

"[W]hen a parent brings an action on behalf of a child, and it is evident that the interests of each are the same, no need exists for someone other than the parent to represent the child's interests under Rule 17(c)." Gonzalez v. Reno, 86 F.Supp.2d 1167, 1185 (S.D. Fla.), aff'd sub nom. Gonzalez v. Reno, 212 F.3d 1338 (11th Cir. 2000). While a parent is generally appointed as a guardian ad litem, there are situations where the best interests of the minor and the interests of the parent conflict. Anthem Life Ins. Co. v. Olguin, No. 1:06-CV-01165 AWINEW, 2007 WL 1390672, at *2 (E.D. Cal. May 9, 2007). Therefore, a parent is not entitled as a matter of right to act as guardian ad litem for the child. Id.

The Court has considered the application of Beatriz Catano for appointment as guardian ad litem for Plaintiffs Abel Casillas, Angel Casillas, Calvin Casillas, and Soleman Casillas. Beatriz Catano is the natural mother of these minor Plaintiffs. She is not a party to the instant action, and the Court does not find any apparent conflict of interest or other factors that

demonstrate such appointment is not in the best interests of the minors.

Accordingly, IT IS HEREBY ORDERED that Beatriz Catano is appointed as guardian ad litem for minor Plaintiffs Abel Casillas, Angel Casillas, Calvin Casillas, and Soleman Casillas, her natural minor children.

IT IS SO ORDERED.

Dated: **January 15, 2019**

UNITED STATES MAGISTRATE JUDGE