# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE ESTATE OF CASIMERO CASILLAS, et al.,**<br><br>Plaintiffs<br><br>v.<br><br>**CITY OF FRESNO, et al.,**<br><br>Defendants | **CASE NO. 1:16-CV-1042 AWI-SAB**<br><br>**SUPPLEMENTAL PRETRIAL ORDER**<br><br>**Motions In Limine Hearing and Trial Confirmation:**<br>February 12, 2019<br>1:00 PM, Courtroom 2<br><br>Trial:  February 26, 2019<br>8:30 AM, Courtroom 2 |

On January 22, 2019, the Court issued its pretrial order setting forth, among other things, the due dates for the parties' motions in limine. This schedule is as follows:

> The hearing for motions in limine will be held at 1:00 PM on February 12, 2019. In addition to addressing any filed motions in limine, at that time the court will also settle, to the extent possible, any other matter pertaining to the conduct of the trial.
> The parties are expected to be fully cognizant of the legal issues involved in the case by the date of the hearing for motions in limine.
> By 4:00 PM on January 28, 2019, all motions in limine, with supporting points and authorities, shall be filed and served either personally or by facsimile upon opposing parties.
> By 4:00 PM on February 4, 2019, opposition to any motion in limine shall be filed and served either personally or by facsimile upon opposing parties. If a party does not oppose a motion in limine, that party shall file and serve in the same manner a Statement of Non-Opposition to that motion in limine.
> By 4:00 PM on February 7, 2019, any reply to an opposition shall be filed and served either personally or by facsimile upon opposing parties. Because the court will need time to prepare for the hearing, the court is not inclined to consider late reply briefs.

See Doc. No. 46.

Counsel for Defendants have requested a modification to this schedule. They assert the parties have yet to depose an expert witness in the case, and based on the outcome of that deposition may have motions in limine to submit. Defendants have requested additional time to submit their motions in limine specifically for issues that arise as to this witness, have proposed an abbreviated briefing schedule that concludes at the same time as the regular schedule, and have asserted that Plaintiffs' counsel agreed to the modification. Given these facts, the Court will allow amend the briefing schedule.

**ORDER**

Accordingly, it is hereby ORDERED that:

1. The briefing schedule for motions in limine as to this expert witness is amended as follows:

    By 4:00 PM on February 4, 2019, all motions in limine as to the soon-to-be-deposed expert witness, with supporting points and authorities, shall be filed and served either personally or by facsimile upon opposing parties. If a party decides not to file any motions in limine for this witness, that party shall file and serve in the same manner a statement indicating no motion in limine is expected.

    By 4:00 PM on February 6, 2019, opposition to this particular set of motions in limine shall be filed and served either personally or by facsimile upon opposing parties. If a party does not oppose a motion in limine, that party shall file and serve in the same manner a Statement of Non-Opposition to that motion in limine.

    By 4:00 PM on February 8, 2019, any reply to an opposition shall be filed and served either personally or by facsimile upon opposing parties. Because the court will need time to prepare for the hearing, the court is not inclined to consider late reply briefs.

2. The briefing schedule for all other motions in limine will remain as stated in the original pretrial order (see Doc. No. 46).

IT IS SO ORDERED.

Dated: January 25, 2019

_____
SENIOR DISTRICT JUDGE