1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FILED**

MAR 06 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

THE ESTATE OF
CASIMERO CASILLAS, et al.,

        Plaintiffs

v.

CITY OF FRESNO, et al.,

        Defendants

CASE NO. 1:16-CV-1042 AWI-SAB

VERDICT FORM

We, the jury in the above-entitled action, reach our unanimous verdict on the following questions submitted to us:

1

## I. Liability—Fourth Amendment Excessive Force; Battery; Bane Act

**Question 1:** Did Trevor Shipman use excessive force against Casimero Casillas?

____✓____ YES          _____ NO

*If you answered yes, proceed to Question 2.*
*If you answered no, proceed to Question 4 (NEXT PAGE)*

**Question 2:** Did Casimero Casillas pose an immediate threat of death or serious bodily injury to Officer Shipman at the time of the shooting?

_____ YES          ____✓____ NO

*Proceed to Question 3.*

**Question 3:** In using excessive force, did Trevor Shipman demonstrate a reckless disregard for Casimero Casillas' constitutional right to be free from excessive force?

_____ YES          ____✓____ NO

*Proceed to Question 4 (NEXT PAGE).*

## II. Negligence

**Question 4:** Was Trevor Shipman negligent?

*If you answered yes to Question 1, the answer to this question must also be yes.*

*If you answered no to Question 1, the answer to this may be either yes or no.*

_____✓_____ YES          _____ NO

*If you answered yes, proceed to Question 5.*
*If you answered no, do not answer any more questions, but sign and date this form.*

**Question 5:** Was the negligence of Trevor Shipman a substantial factor in causing Casimero Casillas' death?

_____✓_____ YES          _____ NO

*If you answered yes, proceed to Question 6 (NEXT PAGE).*
*If you answered no, do not answer any more questions, but sign and date this form.*

## III. Comparative Negligence

**Question 6:** Was Casimero Casillas' negligent?

√ YES _____ NO

*If you answered yes, proceed to Question 7.*
*If you answered no, proceed to Question 9 (NEXT PAGE).*

**Question 7:** Was Casimero Casillas' negligence a cause of his own death?

_____ YES √ NO

*If you answered yes, proceed to Question 8.*
*If you answered no, proceed to Question 9 (NEXT PAGE).*

**Question 8:** Assuming that 100% represents the total negligence of all individuals, what percentage of negligence do you assign to the following:

Trevor Shipman   60 %

Casimero Casillas   40 %

Total   100%

*Proceed to Question 9 (NEXT PAGE).*

## IV. Damages

**Question 9:** What damages do you award based upon Casimero Casillas' mental, physical, and emotional pain and suffering experienced prior to death.

$ _250,000_

*Proceed to Question 10.*

**Question 10:** What damages do you award based upon Casimero Casillas' loss of enjoyment of life.

$ _2,000,000_

*Proceed to Question 11 (NEXT PAGE).*

**Question 11:** What are Plaintiffs Alani, Cheryl, Calvin, Solomon, Angel, and Abel Casillas' damages for the loss of Casimero Casillas' love, companionship, comfort, care, assistance, protection, affection, society, financial support, moral support, training and guidance?

$ __2,500,000__

*Proceed to Question 12.*

**Question 12:** Regarding Question 11, how do you apportion this amount between Plaintiffs Alani, Cheryl, Calvin, Solomon, Angel, and Abel Casillas?

| | | |
|---|---|---|
| Alani Casillas | 20 | % |
| Cheryl Casillas | 0 | % |
| Calvin Casillas | 20 | % |
| Solomon Casillas | 20 | % |
| Angel Casillas | 20 | % |
| Abel Casillas | 20 | % |
| Total | | 100% |

*Please sign, date, and return this form.*

Dated: __3/6/19__                               __Crawford__
                                                                   Presiding Juror

**After this form has been signed, please notify the Court that the jury has reached a unanimous verdict.**