Bruce D. Praet SBN 119430
**FERGUSON, PRAET & SHERMAN**
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705-7101
(714) 953-5300 telephone
(714) 953-1143 facsimile
bpraet@aol.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CASIMERO CASILLAS, CHERYL CASILLAS, individually and as successor in interest to THE ESTATE OF CASIMERO CASILLAS, ALANI CASILLAS, a minor, by her Guardian ad Litem, CHERYL CASILLAS, ROBERT VERDUZCO and JAMILA LINDSEY,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, The FRESNO POLICE DEPARTMENT, Officer TREVOR SHIPMAN, individually and DOES 1-30, inclusive,<br><br>　　　　　Defendants. | NO. 1:16-cv-01042 AWI-SAB<br><br>**DECLARATION OF BRUCE D. PRAET IN SUPPORT OF DEFENDANTS' MOTION FOR NEW TRIAL**<br><br>**DATE: May 6, 2019**<br>**TIME: 1:30 p.m.**<br>**CTRM: 2, 8th Fl.** |

### **DECLARATION OF BRUCE D. PRAET**

I, Bruce D. Praet, declare and say:

1. That I am the attorney of record for Defendants in this action and that I am duly licensed to practice before this and all other courts in the state of California. Except where expressly stated to the contrary, I make this declaration

///

1 | from personal knowledge and, if called as a witness, I would testify in conformity
2 | with this declaration.
3 |     2. Attached hereto are true and correct copies of the cited documents and
4 | trial transcripts, or partial transcript, in support of Defendants' Motion for New
5 | Trial:
6 | • Attached hereto as Exhibit "1", are true and correct copies of various
7 | news articles concerning the Reedom OIS and related publicity.
8 | • Attached hereto as Exhibit "2", are true and correct copies of the
9 | following:
10 | Jury Trial, Day 1 - Jury Selection
11 | Jury Trial, Day 2 - Partial Testimony of Trevor Shipman
12 | Jury Trial, Day 3 - Partial Testimony of William Harmening
13 | Jury Trial, Day 4 - Jury Instruction Conference
14 | I attest that the evidence cited herein fairly and accurately supports or
15 | disputes the facts this 21st day of March 2019.

                                          /s/ Bruce D. Praet
                                          Bruce D. Praet
                                          Declarant