# February 27, 2019

# Jury Trial, Day 2
# Partial Testimony of Trevor Shipman

# EXHIBIT "2"

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HON. ANTHONY W. ISHII

```
THE ESTATE OF CASIMERO      )
CASILLAS, et al.,           )  1:16-cv-1042 AWI-SAB
                            )
        Plaintiffs,         )  JURY TRIAL, DAY 2
                            )
    vs.                     )  Partial Testimony of Trevor
                            )  Shipman
CITY OF FRESNO, et al.,     )
                            )
        Defendants.         )
_____)
```

Fresno, California              Wednesday, February 27, 2016

REPORTER'S TRANSCRIPT OF PROCEEDINGS

**APPEARANCES OF COUNSEL**:

For the Plaintiffs:         LAW OFFICES OF DALE K. GALIPO
                            21800 Burbank Boulevard, Suite 310
                            Woodland Hills, California 91367
                            BY:  **DALE K. GALIPO**
                                 **ERIC VALENZUELA**

                            WILLIAM L. SCHMIDT,
                            ATTORNEY AT LAW, P.C.
                            P.O. Box 25001
                            Fresno, CA 93729
                            BY:  **WILLIAM L. SCHMIDT**

For the Defendants:         FERGUSON, PRAET & SHERMAN
                            1631 East 18th Street
                            Santa Ana, CA 92705-7101
                            BY:  **BRUCE D. PRAET**

REPORTED BY:  PEGGY J. CRAWFORD, RDR, CRR, Official Reporter

Proceedings recorded by mechanical stenography, transcript produced by computer-aided transcription.

1 | Wednesday, February 27, 2019                    Fresno, California
2 |                  *         *         *         *         *
3 |      (Trevor Shipman testified on Direct Examination as
4 |        follows:)
5 | BY MR. GALIPO:
6 | **Q.** In terms of keeping distance, did you ever consider just
7 | taking a step back through the open sliding glass door rather
8 | than killing someone?
9 | **A.** No, I did not.  Like I previously stated, I believe one of
10 | my feet was on one of the steps and the other was on a
11 | different one.
12 |         And the distance and how close Mr. Casillas was to
13 | me, I would not have had time to what we would call
14 | "tactically retreat."
15 |         I'm having to go backwards over some steps.  I'm
16 | having to go backwards and make sure I go through an open
17 | doorway properly without bumping into that.
18 |         There is also, as you can see from the prior
19 | pictures, there is a lot of clutter inside that room.  I could
20 | have very easily tripped on something, bumped something.  And
21 | by that time, in my mindset, he would have already been on top
22 | of me.
23 | **Q.** Sir, you told us previously that you had been standing,
24 | looking at that open doorway for a minute or so before he
25 | entered the room.  Weren't you familiar with what was there

1 and not there?
2 **A.** I was, but at that point, like I say, that I turned around
3 and faced him; therefore, my back was to both the steps.
4     The other clutter on both sides of that door, as well
5 as the doorway, when you turn around, you naturally move your
6 body from one position to another, so trying to back-pedal or
7 go backwards, I don't know what's behind me in orientation to
8 where I now reposition myself.
9 **Q.** Weren't you actually on the top tier of those steps?
10 **A.** I don't recall being on the actual top tier. Like I
11 previously stated, I believe one foot may have been on one
12 step, one may have been on a different step.
13 **Q.** Did you ever try to back-pedal?
14 **A.** I did not.
15 **Q.** Do you recall saying in your statement you were going to
16 back-pedal, or you were back-pedaling?
17 **A.** I recall saying that I was either thinking about
18 back-pedaling or I may have been attempting to back-pedal.
19 However, like I just explained, I was not able to.
20     \*      \*      \*      \*
21 **Q.** And you are saying that you never tried to back-pedal; is
22 that your testimony?
23 **A.** That's correct. I thought about it, but I don't recall
24 actually taking any steps backwards.
25 **Q.** Can you turn to page 18 of your statement?

                                                                    4

1  **A.** Yes. Okay.
2  **Q.** Lines 804 and 805. Do you recall if you said that you
3  were, almost "like trying to back-pedal because it caught me
4  completely by surprise"?
5  **A.** Yes.
6  **Q.** You would agree you said that in your statement?
7  **A.** Yes. I stated I was, quote, "like trying to back-pedal."
8  I didn't say that I was actually back-pedaling.
9              *         *         *         *         *
10      (Trevor Shipman testified on Redirect Examination as
11         follows:)
12 BY MR. GALIPO:
13 **Q.** Is it your testimony that you never considered taking a
14 step back?
15 **A.** No, that's not my testimony.
16 **Q.** Did you consider taking a step back?
17 **A.** I did.
18         MR. GALIPO: I would like to refer the Court and
19 counsel to the deposition transcript of Officer Shipman, page
20 72, line 23, to page 73, line 1, and offer to read.
21         MR. PRAET: No objection, your Honor.
22         THE COURT: All right. Proceed.
23         MR. GALIPO: Thank you.
24        "Question: Did you ever consider trying to take a
25           step back to increase the distance between you and

5

1        the gentleman that came in the room?
2        "Answer:  No."
3              *       *       *       *       *
4
5        I, PEGGY J. CRAWFORD, Official Reporter, do hereby
6   certify the foregoing transcript as true and correct.
7
8   Dated:  11th of March, 2019      /s/ Peggy J. Crawford
                                     PEGGY J. CRAWFORD, RDR-CRR
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25