# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE ESTATE OF CASIMERO CASILLAS, et al.,** <br><br> **Plaintiffs** <br><br> v. <br><br> **CITY OF FRESNO, et al.,** <br><br> **Defendants** | **CASE NO. 1:16-CV-1042 AWI-SAB** <br><br> **ORDER ON PARTIES JOINT STIP EXTENDING TIME FOR SUBMISSION OF ATTORNEY FEES** <br><br> (Doc. No. 102) |

Trial was held in February and March of 2019, and the jury held in favor of Plaintiffs; judgment was entered March 7, 2019. See Doc. No. 90. On March 21, Defendants filed a motion for a directed verdict and motion for new trial, raising numerous issues. See Doc. No. 99. The hearing on his motion is set for May 6, with a corresponding briefing schedule set pursuant to Local Rules 291.1, 291.2 and 230.s

The parties have stipulated to an extension of Plaintiffs' motion for award of attorney fees under 42 U.S.C. § 1988. See Local Rule 293 (requiring motion to be filed within 28 days of judgment). Plaintiffs request their motion be due 14 days after the Court enters its order on Defendants' post-trial motion. Doc. No. 102. Defendants do not oppose. *Id*. Plaintiffs state they plan to spend "a considerable amount of time in opposing Defendants' post-trial motion, as well as significant time in traveling to Fresno for the oral arguments," for which they would also ask for reimbursement in their fee application. Doc. No. 102. Finally, Plaintiffs' counsel believes "the additional time will allow the parties to explore a possible settlement before the filing of the motion for award of attorneys' fees." *Id*.

For good cause, the Court will grant the stipulated motion.

# **ORDER**

Accordingly, it is hereby ORDERED that:

1. The joint request for an extension of time on Plaintiffs' motion for award of attorneys' fees (Doc. No. 102) is GRANTED; and

2. Plaintiffs' motion for attorney fees will be due no later than Fourteen (14) days after the Court issues its Order regarding Defendants' Motion for Directed Verdict or, in the Alternative for New Trial (see Doc. No. 99).

IT IS SO ORDERED.

Dated: March 29, 2019

_____
SENIOR DISTRICT JUDGE