# EXHIBIT D

FILED
SEP 27 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| Estate of JOHNATHAN ROSE, deceased, by and through his parents THEODORE MILTON ROSE and KAREN ROSE, as successors in interest; THEODORE MILTON ROSE, Individually; and KAREN ROSE, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; Sacramento County Sheriff SCOTT JONES; and Sacramento County Sheriff's Department Deputy DAVID McENTIRE (Badge #1356),<br><br>Defendants. | Case No. 2:13-cv-01339 TLN EFB<br><br>**VERDICT** |

1

## VERDICT FORM

We, the jury in the this case, unanimously find the following verdicts on the questions submitted to us:

**Question No. 1:**

Did Deputy David McEntire use excessive force against Johnathan Rose in violation of his Fourth Amendment rights?

__X__ Yes _____ No

**Question No. 2:**

Did Deputy David McEntire's use of his firearm constitute a battery on Johnathan Rose?

__X__ Yes _____ No

If you answered "No" to Questions No. 1 and No. 2, then sign and return this verdict.

If you answered "Yes" to Question No. 1, then answer Question No. 3.

**Question No. 3:**

What damages do you award Jonathan Rose for the violation of his Fourth Amendment rights?

$ 2 million

If you answered Question No. 2, "Yes," answer Question No. 4.

**Question No 4:**

What damages do you award Theodore Rose, Jr. for the past loss of Jonathan Rose's love, companionship, comfort, care, assistance, protection, affection, society, and moral support?

$ 2 million

2

1 | What damages do you award Karen Rose for the past and future loss of Jonathan Rose's love,
2 | companionship, comfort, care, assistance, protection, affection, society, and moral support?
3 | $ 2.5 million

5 | Signed: [signature]
6 | Presiding Juror
7 | Dated: 8/27/17
8 | August 27, 2017



**FILED**

SEP 27 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of JOHNATHAN ROSE, deceased, by and through his parents THEODORE MILTON ROSE and KAREN ROSE, as successors in interest; THEODORE MILTON ROSE, Individually; and KAREN ROSE, individually,<br><br>Plaintiffs,<br>v.<br>COUNTY OF SACRAMENTO and Sacramento County Sheriff's Department Deputy DAVID McENTIRE (Badge #1356),<br><br>Defendants. | NO. 2:13-cv-01339-TLN-EFB<br><br>**JURY INSTRUCTIONS** |

# JURY INSTRUCTIONS

# GIVEN

_____
District Judge Troy L. Nunley

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

Estate of JOHNATHAN ROSE, deceased, by and through his parents THEODORE MILTON ROSE and KAREN ROSE, as successors in interest; THEODORE MILTON ROSE, Individually; and KAREN ROSE, individually,

Plaintiffs,

v.

COUNTY OF SACRAMENTO and Sacramento County Sheriff's Department Deputy DAVID McENTIRE (Badge #1356),

Defendants.

_____/

NO. 2:13-cv-01339-TLN-EFB

**JURY INSTRUCTIONS**

INSTRUCTION NO. 21

It is the duty of the Court to instruct you about the measure of damages. By instructing you on damages, the Court does not mean to suggest for which party your verdict should be rendered.

If you find for the plaintiffs on their Fourth Amendment Excessive Force Claim, you must determine Johnathan Rose's damages. The plaintiffs have the burden of proving damages by a preponderance of the evidence. Damages means the amount of money that will reasonably and fairly compensate the plaintiffs for any injury you find was caused by the defendant. You should consider the following:

1. Johnathan Rose's loss of enjoyment of life;

2. Johnathan Rose's pre-death pain and suffering

It is for you to determine what damages, if any, have been proved.

Your award must be based upon evidence and not upon speculation, guesswork or conjecture.