# EXHIBIT E

REDACTED AS TO PRESIDING JUROR'S SIGNATURE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIELA HERRERA; and RUBEN ORDAZ,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>ALEJANDRO DOWNEY,<br><br>　　　　Defendant. | Case No. CV 16-02719 DSF (SKx)<br><br>**VERDICT FORM** |

We, the jury, find as follows:

**Question 1:** Did Officer Downey use excessive force against the decedent Ruben Herrera when he shot him?

　　　　__X__ YES 　　　　____ NO

*If you answered "yes" to Question 1, answer Questions 2 and 3. If you answered "no" to Question 1, then sign and return the Verdict Form.*

- 1 -

**Question 2:** What amount do you find for decedent's damages for pre-death pain and suffering and loss of enjoyment of life?

$ 1,000,000 —

*Please proceed to the next question.*

**Question 3:** What amount do you find for the Plaintiffs' damages for past and future loss of love, companionship, comfort, care, assistance, affection, society, and moral support?

A. <u>Graciela Herrera's Damages</u>

$ 1,500,000

B. <u>Ruben Ordaz's Damages</u>

$ 1,500,000

*Please date, sign, and return this form.*

Dated: 10·06·17

███████████████████
Presiding Juror

-2-