# EXHIBIT F

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS MEARS, individually and as successor in interest to Michael Mears; and JOANNA WYSOCKI, individually and as successor in interest to Michael Mears,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipality; STEVEN BEUMER, an individual; JOSE PEDROZA, an individual; JONATHAN GAN, an individual; OFFICER SEFFEL, an individual; OFFICER LEW, an individual; OFFICER GIST, an individual; and SGT. WILIAMS, an individual,<br><br>Defendants. | **CASE NO.: CV 15-08441 JAK (AJWx)**<br>Consol. w/ CV 15-09586 JAK (AJWx)<br><br>**VERDICT** |

-1-

We, the jury, find as follows:

**QUESTION 1:**

Did any of the defendants use excessive or unreasonable force against Michael Mears, integrally participate in the use of excessive or unreasonable force against Michael Mears, or fail to intervene in the use of excessive or unreasonable force against Michael Mears?

| Defendant | YES | NO |
|---|---|---|
| Steven Beumer | X | |
| Jose Pedroza | | X |
| Jonathan Gan | X | |
| John Seffel | | X |
| Andrey Wilkins | | X |

*If you answered "Yes" to Question 1 as to any of the defendants, please answer Question 2 as to the Defendant(s) for whom you answered "Yes".*

*If you answered "No" to Question 1 for all of the defendants, please proceed to Question No. 4.*

**QUESTION 2:**

Was any of the Defendant(s)' use of excessive or unreasonable force, integral participation, or failure to intervene a substantial factor in causing injury, loss, damage, harm or death to Michael Mears?

| Defendant | YES | NO |
|---|---|---|
| Steven Beumer | | X |
| Jose Pedroza | | X |
| Jonathan Gan | X | |
| John Seffel | | X |
| Andrey Wilkins | | X |

2

1     *If you answered "Yes" to Question 2 for any of the Defendants, please*
2 *answer Question 3. If you answered "No" to Question 2 for all of the Defendants,*
3 *please proceed to Question 4.*

5 **QUESTION 3:**
6     What are Michael Mears' damages for his loss of enjoyment of life and for
7 his pre-death pain and suffering?

9     $ __2.5 million__

11 *Please proceed to Question 4.*

13 **QUESTION 4:**
14     Were any of the defendants negligent in their conduct toward Michael Mears?

| Defendant | YES | NO |
|---|---|---|
| Steven Beumer | X | |
| Jose Pedroza | X | |
| Jonathan Gan | X | |
| John Seffel | X | |
| Andrey Wilkins | | X |

22     *If you answered "Yes" to Question 4 for any of the Defendants, please*
23 *answer Question 5. If you answered "No" to Question 4 for all of the Defendants,*
24 *but "Yes" to Question 2 for any of the Defendants, please proceed to Question 9.*
25     *If you answered "No" to Question 1 for all of the Defendants, and if you*
26 *answered "No" to all Defendants in Question 4, please sign, date and return the*
27 *Verdict form to the Court.*

**QUESTION 5:**

Was the negligence a substantial factor in causing injury, loss, damage, harm or death to Michael Mears?

| | | |
|---|---|---|
| Steven Beumer | __X__ YES | _____ NO |
| Jose Pedroza | __X__ YES | _____ NO |
| Jonathan Gan | __X__ YES | _____ NO |
| John Seffel | __X__ YES | _____ NO |
| Andrey Wilkins | _____ YES | __X__ NO |

*If you answered "Yes" to Question 5 for any Defendant, please answer Question 6. If you answered "No" to Question 5 for all of the Defendants, but "Yes" to Question 2 for any of the Defendants, please proceed to Question 9. If you answered "No" to Question 5 for all of the Defendants, but "Yes" to Question 1 for any of the Defendants, please proceed to Question 10.*

**QUESTION 6:**

Was the decedent negligent?

__X__ YES          _____ NO

*If you answered "Yes" to Question 6, please answer Question 7.*

*If you answered "No" to Question 6, but "Yes" Questions 2 or 5 for any of the Defendants, please answer Question 9.*

4

**QUESTION 7:**

Was the decedent's negligence a substantial factor in causing his death?

____X____ YES      _____ NO

*Please proceed to Question 8.*

**QUESTION 8:**

What percentage of negligence do you assign to the following persons: (Your total should equal 100%).

| | | |
|---|---|---|
| Steven Beumer | 20 | % |
| Jose Pedroza | 10 | % |
| Jonathan Gan | 20 | % |
| John Seffel | 5 | % |
| Andrey Wilkins | 0 | % |
| Michael Mears | 45 | % |
| | 100% | |

*Please proceed to Question 9 if you've answered "Yes" as to any defendant for Questions 2 or 5.*

5

1 **QUESTION 9:**

2 What are Plaintiffs' wrongful death damages for their past and future loss of
3 Michael Mears' love, companionship, comfort, care, training, education, assistance,
4 protection, affection, society, and moral support?

6    A. William Mears

7       Past loss:   +medical / $ 750,000

9       Future loss:   Funeral expenses $ 750,000

11    B. Joanna Wysocki

12       Past loss:   + medical / $ 750,000

14       Future loss:   Funeral expenses $ 750,000

16 *If you answered "Yes" to Question No. 1, answer Question 10.*

18 **QUESTION 10:**

19 Was the City of Los Angeles deliberately indifferent to the training of its
20 officers with respect to the use of the TASER or, with respect to positional or
21 restraint asphyxia?

23       __X__ YES       _____ NO

25 *If you answered "Yes" to Question 10, please answer Question 11.*

6

**QUESTION 11:**

Was the City of Los Angeles' failure to train its officers the moving force behind the injury, damage, loss, harm or death to Michael Mears?

           __X__ YES        _____ NO

*Please sign and date the verdict form and return it to the Court.*

**REDACTED SIGNATURE**

Date: 11·13·17

_____
Jury Foreperson