# EXHIBIT G

DUPLICATE     ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT

MAR 14 2018

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC ARCHIBALD, et al., | Case No. CV 16-01128-AB (SPx) |
| Plaintiffs, | **SPECIAL VERDICT FORM - DAMAGES** |
| v. | |
| COUNTY OF SAN BERNARDINO, et al., | |
| Defendants. | |

1.

WE, THE JURY in the above-entitled action, unanimously find as follows on the questions submitted to us:

**QUESTION 1:** What are Nathanael Pickett, II's damages for his loss of enjoyment of life, and for his pre-death pain and suffering?

$ __7 MILLION__

*Please proceed to the next question.*

**QUESTION 2:** What are Plaintiff Dominic Archibald's damages for past and future loss of Nathanael Pickett, II's love, companionship, comfort, care, assistance, protection, affection, society, and moral support?

Past: $ __2.5 MILLION__

Future: $ __4 MILLION__

Total: $ __6.5 MILLION__

*Please proceed to the next question.*

**QUESTION 3:** What are Plaintiff Nathanael Pickett, I's damages for past and future loss of Nathanael Pickett, II's love, companionship, comfort, care, assistance, protection, affection, society, and moral support?

Past: $ __1 MILLION__

Future: $ __1 MILLION__

Total: $ __2 MILLION__

1   **QUESTION 4:** What amount of punitive damages, if any, do you award?

2

3         Dominic Archibald:        $ __14 MILLION__

4

5         Nathanael Pickett, I:        $ __4 MILLION__

6

7 *Please sign and date this verdict form and return it to the Court.*

8

9 Dated: __03/14/2018__      Signed: /S/

10                                                       redacted signature