# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ESTATE OF CASIMERO CASILLAS, et al.,**<br><br>        **Plaintiffs**<br><br>        v.<br><br>**CITY OF FRESNO, et al.,**<br><br>        **Defendants** | **CASE NO. 1:16-CV-1042 AWI-SAB**<br><br>**ORDER REGARDING EVIDENTIARY HEARING ON DEFENDANTS' MOTION FOR NEW TRIAL**<br><br>(Doc. No. 99) |

On May 6, 2019, the Court held a status conference to discuss the procedural aspects of conducting an evidentiary hearing on an alleged juror misconduct issue, as raised in Defendants' motion for new trial. The parties expressed that in order to subpoena jurors for this hearing, it would need addresses for the jurors who were empaneled for the trial in this case (held 2/26/19 to 3/5/19). The Court agrees.

## **ORDER**

Accordingly, IT IS HEREBY ORDERED that the Jury Administrator release to chambers the addresses of the following jurors: Joseph Carlini, Carrie Crawford, and Magdalena Garcia. The Court will then release this information to counsel for the parties.

IT IS SO ORDERED.

Dated:  May 6, 2019                                          _____
                                                                      SENIOR DISTRICT JUDGE