Bruce D. Praet SBN 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705
(714) 953-5300 telephone
(714) 953-1143 facsimile
bpraet@aol.com


Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CASIMERO CASILLAS, et al,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, The FRESNO POLICE DEPARTMENT, Officer TREVOR SHIPMAN, and DOES 1-30, inclusive,<br><br>Defendants. | Case No. 1:16-cv-01042 AWI SAB<br><br>**STIPULATION AND ORDER TO CONTINUE MOTION FOR ATTORNEYS' FEES**<br><br>**Current Hearing Date:**<br><br>**DATE: August 19, 2019**<br>**TIME: 1:30 p.m.**<br>**CTRM: 2, 8th Floor**<br><br>**Proposed Hearing Date:**<br><br>**DATE: September 17, 2019**<br>**TIME: 1:30 a.m.**<br>**CTRM: 2, 8th Floor** |

///

///

1

TO THE HONORABLE COURT:

Plaintiffs presently have set for hearing on August 19, 2019, a Motion for Attorneys Fees. On July 19, 2019, Defendants filed a Notice of Appeal concerning the Court's Order denying Defendants' Motion for New Trial and Motion for Directed Verdict which was entered on July 3, 2019 [Doc. 129]. The parties would request that the hearing date for Plaintiffs' Motion for Attorney Fees be continued to September 17, 2019, at 1:30 p.m.

Plaintiffs' motion is extensive and defense counsel will be out-of-state until August 1, 2019. Given this near two-week absence, the present hearing date would not afford defense counsel adequate time to address Plaintiffs' motion.

As such, IT IS THEREBY STIPULATED:

1. The parties agree to continue the Motion for Attorney Fees to September 17, 2019, or a date that works with the Court's and counsels' calendar.

2. Defendants shall have through August 26, 2019, to file and opposition and Plaintiffs shall have through September 9, 2019, to file a reply, if any.

Dated: July 19, 2019        FERGUSON, PRAET & SHERMAN

                                      By:   /s/ Bruce D. Praet
                                                Bruce D. Praet, Attorneys for Defendants

Dated: July 19, 2019        LAW OFFICES OF DALE K. GALIPO

                                      By:   __/s/ Dale K. Galipo_____
                                                Dale K. Galipo, Attorneys for Plaintiffs

Dated: July 19, 2019         WILLIAM L. SCHMIDT
                             ATTORNEY AT LAW, P.C.

                    By:    _/s/ William L. Schmidt_____
                           William L. Schmidt, Attorneys for Plaintiffs

# ORDER

Good cause having been shown, IT IS SO ORDERD:

1. Plaintiffs' Motion for Attorneys Fees is continued to September 17, 2019, at 1:30 p.m., Courtroom 2, 8th Floor.

2. Defendants shall have through August 26, 2019, to file and opposition.

3. Plaintiffs shall have through September 9, 2019, to file a reply, if any.

IT IS SO ORDERED.

Dated: July 26, 2019                    _____
                                        SENIOR DISTRICT JUDGE