UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

AUG 18 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| ESTATE OF CASIMERO CASILLAS; et al., | No. 19-16436 |
| --- | --- |
| Plaintiffs-Appellees, | 20-15237 |
|  | 20-15312 |
| v. | D.C. No. 1:16-cv-01042-AWI-SAB |
| CITY OF FRESNO; et al., | Eastern District of California, Fresno |
| Defendants-Appellants. | ORDER |

Before: OWENS and LEE, Circuit Judges, and SIMON,[*] District Judge.

Pursuant to the parties' joint motion to voluntarily dismiss the appeal, IT IS ORDERED that the appeal be dismissed, pursuant to Fed. R. App. P. 42(b). Each party shall bear its own costs on appeal.

This order shall constitute the mandate of the court.

---

[*] The Honorable Michael H. Simon, United States District Judge for the District of Oregon, sitting by designation.