# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CASIMERO CASILLAS et al., <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF FRESNO, FRESNO POLICE DEPARTMENT, OFFICER TREVOR SHIPMAN, and DOES 1-30, inclusive, <br><br> Defendants. | CASE NO. 1:16-cv-1042-AWI-SAB <br><br> **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING EX PARTE PETITIONS FOR COMPROMISE OF THE CLAIMS OF MINORS** <br><br> (Doc. No. 172) |

On September 17, 2015, Fresno Police Officer Trevor Shipman shot and killed Casimero Casillas following a vehicle pursuit. See Doc. No. 1 ¶ 12. At trial, the jury found Shipman liable for Casillas's death on negligence and excessive force grounds and awarded $4,750,000 in damages, to be divided equally among five minors, A.C. 1, S.C., A.C. 2, C.C. and A.C. 3. Doc. No. 88. Nothing was awarded to Casillas's wife, Cheryl Casillas, who was the sole adult plaintiff by the time the case went to trial. Id.

On July 7, 2020, enforcement of the judgment was stayed pending appeal. Doc. No. 165. In April and July, 2021, A.C. 1, S.C., A.C. 2 and C.C. brought an ex parte petition to compromise their claims through their guardian ad litem, Doc. Nos. 166, 170, and A.C. 3 brought an ex parte petition to compromise her claims through her guardian ad litem. Doc. Nos. 167, 171. The settlement agreement underlying those petitions also provided a settlement payment for Cheryl

Casillas. See Doc. No. 167 at 2-3.[1]

On August 19, 2021, the magistrate judge assigned to this case issued findings and recommendations, recommending that the petitions to compromise claims be granted and stating that any party may file written objections to the findings and recommendations within 14 days. Doc. No. 172. No objections have been filed, and the deadline to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis. In particular, the Court notes that the proposed settlement agreement reflects the Court's February 21, 2020 order with respect to attorneys' fees, Doc. No. 151, and does not diverge radically from the jury award. Further, the Court notes that plaintiffs' counsel voluntarily reduced their share of the net settlement fund in amendments to the petitions, thereby increasing the minor plaintiffs' recovery by approximately $19,000 each. Doc. No. 172 at 8 n.4.

Accordingly, IT IS HEREBY ORDERED that:

1. The petition to compromise the claims of A.C., S.C., A.C., and C.C., as amended (Doc. Nos. 166, 170), is GRANTED;
2. The petition to compromise the claims of A.C., as amended (ECF Nos. 167, 171), is GRANTED; and
3. The settlement is APPROVED as fair and reasonable.

IT IS SO ORDERED.

Dated: September 14, 2021

_____
SENIOR DISTRICT JUDGE

---

[1] Page citations are to the page numbers in the CM/ECF stamp at the top of each page of documents filed with the Court electronically.